IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wells Fargo Bank, N.A.           :

                                   :

        v.                   :   No. 1754 C.D. 2017

                                   :

Dwain Sheffler               :

and Carol Sheffler        :

                                   :

Appeal of: Bernadette Dabler   :

# **O R D E R**

NOW, April 18, 2019, having considered appellee Barkdoll Martin Homes, LLC's application for reconsideration/reargument and appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge